**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DONY PIERRE,** : | |
|       **Plaintiff,** : | |
| : | |
|     v. : | Civ. No. 18-5288 |
| : | |
| **MUKESH KUMAR, et al.,** : | |
|       **Defendants.** : | |

## J U D G M E N T

**AND NOW**, this 11th day of December, 2019, upon consideration of Defendants Mukesh Kumar and All American Central, LLC's Motion for Summary Judgment (Doc. No. 67), Plaintiff's Response (Doc. No. 68), and Defendants' Reply (Doc. No. 69), it is hereby **ORDERED** that:

1. Defendants' Motion for Summary Judgment (Doc. No. 67) is **GRANTED**; and

2. Plaintiff's Amended Complaint (Doc. No. 20) is **DISMISSED with prejudice**.

                                                  **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*
                                                  _____
                                                  Paul S. Diamond, J.